IN THE UNITED STATES DISTRICT COURTS
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ANGELA SMITH o/b/o                                                            PLAINTIFF
D. J. T.

      v.                                   CIVIL NO. 06-3053

MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                                     DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 17th day of October 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

AO72A
(Rev. 8/82)